UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

14 MAY 19 PM 2:24

CLERK-ALBUQUERQUE

JAMES A. CHESLEK
    Plaintiff

VS.

DARREN TALLMAN, Esq.
MACHOL & JOHANNES, LLP
LVNV FUNDING, LLC
    Defendants

Civil Action No. 14 CV 00197 WPL/SCY

### PLAINTIFF'S MOTION TO DISMISS

Pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure the plaintiff hereby moves the Court to dismiss his complaint which was filed with this Court on March 3, 2014. As grounds for this dismissal plaintiff represents that all issues between himself and the defendants have been settled and resolved. Wherefore, plaintiff requests that his complaint in this matter be dismissed with prejudice as to all defendants.

Dated this 19th day of May, 2014

*James A. Cheslek*

James A. Cheslek, plaintiff pro se
5515 Havasu Ave. NW
Albuquerque, NM 87120